UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY TOGNETTI, JR.,<br><br>Defendant. | **SEALED INDICTMENT**<br><br>23 Cr. 453 |

## COUNT ONE

### (Wire Fraud)

The Grand Jury charges:

1. From at least in or about July 2022 to the present, in the Southern District of New York and elsewhere, JEFFREY TOGNETTI, JR., the defendant, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, to wit, TOGNETTI, through fraud and deceit, engaged in a scheme to obtain money from victims by falsely representing, among other things, that he was a licensed Series 3 and 7 broker in New York, New Jersey, and Florida in contracts that were transmitted over interstate wires and by sending messages and photos over interstate wires that falsely represented that TOGNETTI had invested money he received from victims.

(Title 18, United States Code, Sections 1343.)

## FORFEITURE ALLEGATION

2.      As a result of committing the offense alleged in Count One of this Indictment, JEFFREY TOGNETTI, JR., the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney