# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2023

The Hon. Judith McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Jeff Tognetti*, Case No. 23-cr-453 (NSR)

Dear Judge McCarthy,

I am writing to request that the Court modify the terms of Mr. Tognetti's release to permit him an extra week to fulfill his bond conditions. The government has no objection.

On August 31, 2023, the Court, the Honorable Andrew Krause presiding, released Mr. Tognetti on an agreed-upon bail package that included an unsecured $100,000 bond signed by two financially responsible people (FRP) by today, September 14, 2023.

Mr. Tognetti is still working to fulfill bond conditions. One potential FRP has already been interviewed, but has yet to be approved. As such, he requests an additional week (until September 21, 2023) to fulfill his bond conditions. As noted, the government has no objection.

Thank you for your consideration of this request.

Sincerely,

Rachel Martin
Assistant Federal Defender

cc: AUSA Jennifer Ong
U.S. Pretrial Services Officer Andrew Abbott

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
9-14-2023