# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Sept. 21., 2023

The Hon. Andrew Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Jeff Tognetti*, Case No. 23-cr-453 (NSR)

Dear Judge Krause,

I am writing to request that the Court modify the terms of Mr. Tognetti's release to permit him an extra week to fulfill his bond conditions. The government has no objection.

On August 31, 2023, this Court released Mr. Tognetti on an agreed-upon bail package that included an unsecured $100,000 bond signed by two financially responsible people (FRP). The bond was supposed to be fulfilled by today, September 21, 2023. The parties are still working together to fulfill the bond. Mr. Tognetti requests an additional week to fulfill the conditions. The government has no objection to this request.

Sincerely,

Rachel Martin
Assistant Federal Defender

cc:   AUSA Jennifer Ong
      U.S. Pretrial Services Officer Andrew Abbott

---

**APPLICATION GRANTED.**

Dated: September 21, 2023

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge