**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 29, 2023

The Hon. Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Jeff Tognetti*, Case No. 23-cr-453 (NSR)

Dear Judge Reznik,

I am writing to request that Mr. Tognetti's bond be modified to permit him to attend his daughter's christening in Mahwah, New Jersey this Saturday, December 2, 2023, at 12 noon.  He would need to leave his home by approximately 11 am.

I am also writing to request that he be permitted to attend a celebratory luncheon afterward at a restaurant in Old Tappan, New York. Mr. Tognetti estimates that the luncheon will be over by 4:00 pm.  Mr. Tognetti has provided Pretrial Officer Leo Barrios with the exact details of both events.

I have discussed these requests with Officer Barrios and with Assistant United States Attorney Jennifer Ong.  Neither objects to these requests.

Sincerely,

Rachel Martin
Assistant Federal Defender

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.
Dated: 11/29/2023

cc:   AUSA Jennifer Ong
       U.S. Pretrial Services Officer Leo Barrios