UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                            Plaintiff,                    **MEMORANDUM**

-against-                                   23 Cr. 453 (NSR)

JEFFREY TOGNETTI, JR.,

                          Defendant.

-----------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

      Please find attached a transcript of the August 15, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 18, 2024
         White Plains, New York

                                                             Respectfully Submitted,

                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge