FORM USA-33s-13 - (Order Returning Cash Bail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :

       - v -                        :      **ORDER**

JEFFREY TOGNETTI, JR.              :      23 Cr. 00453-1 (NSR)

                Defendant.       :
------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/4/2025

      An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of Five Thousand Dollars ($5,000.00) cash, to deposit the same in the registry of this Court in lieu and place of bail for the appearance of the above named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and subsequently on December 3, 2024, the Honorable Nelson S. Roman sentenced the defendant to 60 months in prison, 3 years of supervised release, $100 Special Assessment and $1,444,770.45 Restitution.

      IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of this Court the sum of Five Thousand Dollars ($5,000.00) less the Clerk's fees, if any, to Magdalena Stopka, 32 Malcolm Street, Waldwick, NJ 07463, the assignee of the cash bail posted by the defendant.

Dated: White Plains, New York
       March 4, 2025

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

CONSENTED TO
UNITED STATES ATTORNEY

By: _____
      Jennifer N. Ong
      Assistant United States Attorney
      Telephone: (914) 993-1900